DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Erling S. Calkins and Elaine S. Calkins,<br><br>Debtor(s) / Joint Debtors,<br><br>Coconino County, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>Erling S. Calkins and Elaine S. Calkins, husband and wife,<br><br>Defendants. | Adv. Prod. No.: 3:13-ap-00951-SSC<br><br>No. 3:13-bk-08354-SSC<br><br>Chapter 11<br><br>NOTICE OF SERVICE RE: COCONINO COUNTY'S INITIAL RULE 26.1 DISCLOSURE STATEMENT |

Coconino County, a political subdivision of the State of Arizona, by and through the undersigned deputy, hereby gives notice that on January 24, 2014, they served, by first class mail, its Initial Rule 26.1 Disclosure Statement.

DATED this 24th day of January, 2014.

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

By /s/ WPR #012860
William P. Ring
Deputy County Attorney

COPY of the foregoing mailed this 24th day of January, 2014, to:

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

U.S. Trustee - Phoenix
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ. 85003
Trustee

/s/

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200