Davis Miles
McGuire Gardner
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com
Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtors. | Adversary No. 3:13-ap-00951-SSC<br>Case No. 3:13-bk-08354-SSC<br><br>**NOTICE OF SERVICE OF DEFENDANTS'/ COUNTERCLAIMANTS' INITIAL DISCLOSURE STATEMENT PURSUANT TO RULE 7026 AND FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** |
| COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>Defendants/Counterclaimants. | |

1

PLEASE TAKE NOTICE that Defendants/Counterclaimants, by and through undersigned counsel, served Plaintiff/Counterdefendant their Initial Disclosure Statement Pursuant to Rule 7026 pursuant to Fed. R. Civ. P. 26(a)(1) by hand delivery on counsel for Plaintiff/Counterdefendant on January 24, 2014.

Dated this 27th day of January 2014.

DAVIS MILES MCGUIRE GARDNER, PLLC

By: *(signature)*
Pernell W. McGuire
Aubrey L. Thomas

2

O:\PWM\CLIENTS\Calkins, Erling & Elaine\ADV PROC vs County\NOS Initial Disclosure Statement.doc
Case 3:13-ap-00951-DPC   Doc 20   Filed 01/27/14   Entered 01/27/14 11:15:33   Desc
Main Document   Page 2 of 3

A copy of the foregoing was mailed
this 27 day of January 2014, to:

William Ring
Coconino County Attorneys' Office
110 E. Cherry Avenue
Flagstaff, AZ 86001

By: /s/ Joan Stoner
    Joan Stoner

3