DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>    Debtor(s) / Joint Debtors,<br><br>COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>    Plaintiff / Counter-Defendant,<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>    Defendants / Counter-Claimants. | Adv. Prod. No.: 3:13-ap-00951-SSC<br><br>No. 3:13-bk-08354-SSC<br><br>Chapter 11<br><br>NOTICE OF SERVICE RE: PLAINTIFF/COUNTER DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT |

    Coconino County, a political subdivision of the State of Arizona, by and through the undersigned deputy, hereby gives notice that on February 27, 2014, they served, by first class mail, its Supplemental Disclosure Statement.

    DATED this 27th day of February, 2014.

                                                      DAVID W. ROZEMA
                                                    COCONINO COUNTY ATTORNEY


                                                    By /s/ WPR #012860
                                                    William P. Ring
                                                    Deputy County Attorney

COPY of the foregoing mailed this 27th day of February, 2014, to:

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

U.S. Trustee - Phoenix
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ. 85003
Trustee

_____

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200