DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Adv. Prod. No.: 3:13-ap-00951-SSC |
| Erling S. Calkins and Elaine S. Calkins, | No. 3:13-bk-08354-SSC |
| Debtor(s) / Joint Debtors, | Chapter 11 |
| Coconino County, a political subdivision of the State of Arizona, | NOTICE OF SERVICE RE: COCONINO COUNTY'S SUPPLEMENTAL DISCLOSURE STATEMENT |
| Plaintiff, | |
| Erling S. Calkins and Elaine S. Calkins, husband and wife, | |
| Defendants. | |

Coconino County, a political subdivision of the State of Arizona, by and through the undersigned deputy, hereby gives notice that on March 5, 2014, they served, by first class mail, its Supplemental Disclosure Statement.

DATED this 5th day of March, 2014.

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

By /s/ WPR #012860
William P. Ring
Deputy County Attorney

COPY of the foregoing mailed this 5th day of March, 2014, to:

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

U.S. Trustee - Phoenix
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ. 85003
Trustee

_____

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200