DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtor(s) / Joint Debtors,<br><br>COCONINO COUNTY, a political Subdivision of the State of Arizona,<br><br>Plaintiff / Counter-Defendant,<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>Defendants / Counterclaimants. | ADV. PROC.: 3:13-ap-00951-SSC<br><br>No. 3:13-bk-08354-SSC<br><br>Chapter 11<br><br>**RESPONSE TO MOTION TO COMPEL DISCOVERY, and MOTION FOR PROTECIVE ORDERS RE: DISCOVERY**<br><br>Rule 37, Fed.R.Civ.P. |

Pursuant to Rule 37, Federal Rules of Civil Procedure, Plaintiff Coconino County, a political subdivision of the State of Arizona, hereby requests a protective order from Discovery propounded upon Plaintiffs directly by the Debtor and not through Debtors' counsel of record. Plaintiffs' Response and Motion is supported by the attached Memorandum of Points and Authorities, with the entire record incorporated herein by reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

The adversarial matter captioned above includes a Complaint-in-Chief filed by Plaintiff and a counterclaim filed by the Debtors/Defendants. Debtors/Defendants are represented by Pernell McGuire of the law firm Davis, Miles, McGuire & Gardner, 320 N. Leroux, in Flagstaff, Arizona. This motion is not about Mr. McGuire's conduct which at all times has been, is, and remains professional.

On April 10, 2014, the Debtor Calkins hand-delivered to Plaintiff's counsel a self-styled "Motion to Compel Documents of Discovery". The pleading contains the adversarial cause number but is mis-captioned and represents that the Debtor is proceeding as a "Pro Se Plaintiff". The pleading goes on to contain a narrative argument and a request to compel production of documents.

To date the Debtors have not propounded requests upon the Plaintiff to produce documents as Rule 34 would allow. So there is no cause for an order under Rule 37 to compel discovery of requests not made. Plaintiff will respond to proper requests in due course. Furthermore, Debtors are represented by Mr. McGuire. Plaintiff's counsel and Debtors' counsel have agreed in principal to stay the adversary proceeding, presumably with Debtors' consent. Debtors are apparently acting on their own to pursue or harass Plaintiff with their own self-styled pleadings that are contrary to the representations made by them through their appointed counsel. This is not the first incident where Debtors are engaging directly in self-styled litigation in this adversary proceeding. Plaintiff requested, and this court ordered, a pretrial conference to be held on June 9, 2014, to specifically address case management given Debtors' proclivity to litigate on their own. Debtors also appear to be engaging in vexatious litigation. It is best to address these issues at the pretrial conference.

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

WHEREFORE, Plaintiffs request that Debtors' Motion be denied and a protective order be granted against Debtors' direct Discovery requests until the case management issues can be addressed at the pretrial management conference.

DATED this 11th day of April, 2014.

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

By /s/ WPR #012860
William P. Ring
Deputy County Attorney

COPY of the foregoing mailed this 11th day of April, 2014, to:

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

U.S. Trustee - Phoenix
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ. 85003
Trustee