DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

SO ORDERED.

Dated: April 22, 2014

Daniel P. Collins, Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ADV. PROC.: 3:13-ap-00951-SSC |
| ERLING S. CALKINS and ELAINE S. CALKINS, | No. 3:13-bk-08354-SSC |
| Debtor(s) / Joint Debtors, | Chapter 11 |
| COCONINO COUNTY, a political Subdivision of the State of Arizona, | **ORDER** |
| Plaintiff / Counter-Defendant, | |
| ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife, | |
| Defendants / Counterclaimants. | |

Pursuant to the Plaintiff's Motion for Discovery Protective Orders, and for just cause appearing;

IT IS HEREBY ORDERED,

☐ Granting Plaintiff's request for a discovery protective order until discovery and pretrial activities can be addressed at the comprehensive pretrial conference set for June 9, 2014.

[or:]

☐   Denying request for discovery protective orders.

DATED this ___ day of _____, 2014.

_____
Judge of the Bankruptcy Court

COPY of the foregoing mailed this ____ day of _____, 2014, to:

Pernell W. McGuire
320 N. Leroux, Suite A
Flagstaff, AZ 86001
Attorney for Debtors

U.S. Trustee - Phoenix
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ. 85003
Trustee

_____

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200