Erling and Elaine Calkins
5230 E. Campbell Ave.
Flagstaff, AZ 86004

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | **ADV. PROC. 3:13-ap-00951-SSC** |
|---|---|
| ERLING S. CALKINS and ELAINE S. CALKINS, | **Case No. 3:13-bk-08354-SSC** |
| | **Chapter 11** |
| Debtors. | |
| COCONINO COUNTY, a political subdivision of the State of Arizona, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife, <br><br> Defendants/Counterclaimants. | **WITHDRAWAL OF ALL DOCUMENTS FILED *PRO SE* BY ERLING AND ELAINE CALKINS** |

Debtors Erling and Elaine Calkins hereby withdraw all motions, requests, and

documents that they filed *pro se* in the adversary proceeding, 3:13-ap-00951, and the

corresponding bankruptcy case, 3:13-bk-08354, including:

O:\PWM\CLIENTS\Calkins, Erling & Elaine\ADV PROC vs County\Notice of withdrawal of pro se documents.doc

1.     "Motion and Complaint for Inju[n]ctive and Declaratory Relief Monetary Damages" (Adv. Proc. 13-00951, docket #25);

2.     "Debtor's Supplemental Disclosure Statement in Answer to Plaintiff/Counterclaimant's Supplemental Disclosure Statement" (Adv. Proc. 13-00951, docket #30); and

3.     "Motion to Compel Documents of Discovery" (Case No. 13-08354, docket #105).

Dated this _____ day May 2014.

By: _____
    Erling S. Calkins

By: _____
    Elaine S. Calkins

A copy of the foregoing was mailed
this ___9___ day of May 2014, to:

US Trustee's Office
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

Mark S. Bosco
Tiffany & Bosco, PA
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016

Randy Nussbaum
Geoffrey M. Khotim
Nussbaum Gillis & Dinner, PC
14850 N. Scottsdale Road, Suite 450
Scottsdale, AZ 85254

Christopher J. Dylla
McCarthy Holthus Levine
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258

Timothy G. McNeel
Coconino County Attorney's Office
110 E. Cherry Avenue
Flagstaff, AZ 86001

William Ring
Coconino County Attorneys Office
110 E. Cherry Ave.
Flagstaff, AZ 86001-4627

By: /s/ Joan Stoner
        Joan Stoner