DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Adv. Prod. No.: 3:13-ap-00951-SSC |
| Erling S. Calkins and Elaine S. Calkins, | No. 3:13-bk-08354-SSC |
| Debtor(s) / Joint Debtors, | Chapter 11 |
| Coconino County, a political subdivision of the State of Arizona, | NOTICE OF SERVICE RE: COCONINO COUNTY'S SUPPLEMENTAL DISCLOSURE STATEMENT |
| Plaintiff, | |
| Erling S. Calkins and Elaine S. Calkins, husband and wife, | |
| Defendants. | |

Coconino County, a political subdivision of the State of Arizona, by and through the undersigned deputy, hereby gives notice that on May 21, 2014, they served, by first class mail, its Supplemental Disclosure Statement.

DATED this 21st day of May, 2014.

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY


By /s/ WPR #012860
William P. Ring
Deputy County Attorney

1 | COPY of the foregoing mailed this 21st day of May, 2014, to:
2 | Pernell W. McGuire
3 | 320 N. Leroux, Suite A
  | Flagstaff, AZ 86001
4 | Attorney for Debtors

5 | U.S. Trustee - Phoenix
6 | Office of the U.S. Trustee
  | 230 North First Avenue
7 | Suite 204
  | Phoenix, AZ. 85003
8 | Trustee

_/s/_ _____

DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200