**Davis Miles McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ADV. PROC. 3:13-ap-00951-SSC |
| ERLING S. CALKINS and ELAINE S. CALKINS, | Case No. 3:13-bk-08354-SSC |
| | **Chapter 11** |
| Debtors. | |
| COCONINO COUNTY, a political subdivision of the State of Arizona, | **STIPULATION EXTENDING DEADLINE FOR BOTH PARTIES TO FILE ANY DISPOSITIVE MOTIONS** |
| Plaintiff, | |
| v. | |
| ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife, | |
| Defendants. | |

Debtors, by and through counsel undersigned, and Plaintiff Coconino County, by and through its counsel undersigned, hereby represent and stipulate as follows:

C:\Users\athomas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6MP0W6NM\Stipulation to extend dispositive motions 052914.doc

1

Case 3:13-ap-00951-DPC   Doc 35   Filed 05/29/14   Entered 05/29/14 14:29:01   Desc
Main Document   Page 1 of 4

## I. RECITALS

1. On August 20, 2013, Plaintiff initiated the above-captioned adversary proceeding by filing its Complaint and Objection to Discharge of Non-Dischargeable Penalties ("Original Complaint").

2. On October 22, 2013, Plaintiff filed its First Amended Complaint, and Objection to Discharge of Non-Dischargeable Penalties ("First Amended Complaint").

3. On December 16, 2013, Debtors filed their Answer and Counterclaim.

4. On January 7, 2014, Plaintiff filed its Answer to the Counterclaim.

5. In accordance with Bankruptcy Rule 7026, the parties conferred and decided that May 26, 2014 would be an acceptable dispositive motion deadline. (See docket #21, minute entry).

6. The parties have completed all necessary discovery and are currently engaged in settlement negotiations.

## II. STIPULATION

1. The Recitals set forth above are incorporated herein by reference and shall be deemed a material part of this Stipulation.

2. The parties agree that, if a settlement cannot be reached, the claims provided in the First Amended Complaint and the Counterclaim can most likely be resolved through motions for summary judgment.

3. The parties need additional time to negotiate a potential settlement.

C:\Users\athomas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6MP0W6NM\Stipulation to extend dispositive motions 052914.doc

Case 3:13-ap-00951-DPC    Doc 35    Filed 05/29/14    Entered 05/29/14 14:29:01    Desc
Main Document    Page 2 of 4

2

4. The parties agree that it makes sense to extend the dispositive motion deadline for 60 days to give the parties additional time to discuss settlement.

5. Therefore, the parties agree to extend the dispositive motion deadline to July 25, 2014.

6. This Stipulation may be executed in counterparts, and such signatures may be by facsimile.

7. The Parties each consent to entry of an Order approving this Stipulation.

8. This Court shall retain jurisdiction for the purpose of enforcing the Stipulation.

SO STIPULATED this 29th day of May 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ Aubrey L. Thomas
Pernell W. McGuire
Aubrey L. Thomas

SO STIPULATED this 29th day of May.

**DAVID W. ROZEMA**
**COCONINO COUNTY ATTORNEY**

By: //s// William P. Ring
William P. Ring
Deputy County Attorney

C:\Users\athomas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6MP0W6NM\Stipulation to extend dispositive motions 052914.doc

3

Case 3:13-ap-00951-DPC    Doc 35    Filed 05/29/14    Entered 05/29/14 14:29:01    Desc
Main Document    Page 3 of 4

| 1 | A copy of the foregoing was mailed |
| 2 | this 29 day of May 2014, to: |

William Ring
Coconino County Attorneys Office
110 E. Cherry Ave.
Flagstaff, AZ 86001-4627

By: /s/ Joan Stoner
      Joan Stoner

C:\Users\athomas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6MP0W6NM\Stipulation to extend dispositive motions 052914.doc

4

Case 3:13-ap-00951-DPC    Doc 35    Filed 05/29/14    Entered 05/29/14 14:29:01    Desc
Main Document    Page 4 of 4