IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

Dated: May 30, 2014

Sarah S. Curley, Bankruptcy Judge

**Davis Miles McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

## IN UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ADV. PROC. 3:13-ap-00951-SSC |
| ERLING S. CALKINS and ELAINE S. CALKINS, | Case No. 3:13-bk-08354-SSC |
| | Chapter 11 |
| Debtors. | |
| COCONINO COUNTY, a political subdivision of the State of Arizona, | **ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR BOTH PARTIES TO FILE ANY DISPOSITIVE MOTIONS** |
| Plaintiff, | |
| v. | |
| ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife, | |
| Defendants. | |

Upon Stipulation of the parties, and good cause appearing therefore,

C:\Users\athomas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6MP0W6NM\Order approving stipulation to extend 052914.doc

1

Case 3:13-ap-00951-DPC    Doc 37    Filed 05/30/14    Entered 05/30/14 16:06:30    Desc
Main Document    Page 1 of 2

**IT IS HEREBY ORDERED** granting an extension of the dispositive motion deadline to July 25, 2014.

DATED AND SIGNED ABOVE

**Agreed as to form and content:**

//s// William P. Ring
William P. Ring
Deputy County Attorney

C:\Users\athomas\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\6MP0W6NM\Order approving stipulation to extend 052914.doc

2

Case 3:13-ap-00951-DPC    Doc 37    Filed 05/30/14    Entered 05/30/14 16:06:30    Desc
Main Document    Page 2 of 2