**DAVID W. ROZEMA**
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001-4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the Coconino County /
Coconino County Public Health Services District

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERLING S. CALKINS and<br>ELAINE S. CALKINS,<br><br>Debtors(s)/ Joint Debtors:<br><br>**COCONINO COUNTY**, a political subdivision of the State of Arizona, **COCONINO COUNTY PUBLIC HEALTH SERVICES DISTRICT**, a political subdivision of the State of Arizona,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**ERLING S. CALKINS and ELAINE S. CALKINS**, husband and wife,<br><br>    Debtors/Defendants. | NO. 3:13-bk-08354-DPC<br><br>Chapter 11<br><br>Adv. Prod. No. 3:13-ap-00951-DPC<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT and OBJECTION TO DISCHARGE OF NON-DISCHARGEABLE PENALTIES**<br><br>[11 U.S.C. §105; 11 U.S.C. §523(a)(7)] |

The Coconino County Attorneys Office represents the Plaintiffs Coconino County and Coconino County Public Health Services District. Aubrey Thomas of the law firm Davis Miles McGuire Gardner, PLLC represents the Debtors/Defendants Erling Calkins and Elaine Calkins. The parties have met and

1

**DAVID W. ROZEMA**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

conferred upon Plaintiffs' request to file a Second Amended Complaint. The parties stipulate to entry of the same. The Second Amended Complaint is filed concurrent with this stipulation. The amendment is offered to reduce the scope of the Plaintiffs allegations and to conform to material facts made known subsequent to the filing of both the Petition (May 16, 2013) and the subsequent adversarial action (December 13, 2013).1 The Stipulation is accepted by the parties in lieu of a motion for leave of court to file and serve of the Second Amended Complaint. The stipulation is entered, in part, so as to frame certain issues for dispositive motions including summary judgment.

The parties further stipulate that Debtor/Defendants accept service of the Second Amended Complaint and shall have until August 15, 2014, to Answer the Second Amended Complaint, or may move to file dispositive pleadings forthwith. Plaintiffs may then respond in kind.

This stipulation is offered to accomplish the just, speedy and inexpensive determination of the action and is not offered for the purpose of delay.

/////

---

1 Rule 15(d), Fed.R.Civ.P., provides for a motion for leave to allow the Plaintiffs to serve a supplemental pleading setting out occurrences and events that happened after the date of the original Complaint. The Stipulation and Second Amended Complaint incorporate those allegations that would otherwise comprise the supplement.

2

DATED, this 23rd day of July, 2014

By: /ss/ William P. Ring #012860
William P. Ring
Deputy County Attorney
Attorneys for Plaintiffs

DATED this 23rd day of July, 2014.

By: /ss/ Aubrey Thomas; with permission
Aubrey Thomas
Davis Miles McGuire Gardner, PLLC
For the Debtors Erling & Elaine Calkins

RESPECTFULLY SUBMITTED, this 23rd day of July, 2014

                DAVID W. ROZEMA
                COCONINO COUNTY ATTORNEY

                By /s/ WPR #012860
                William P. Ring
                Deputy County Attorney

**DAVID W. ROZEMA**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

3

1

2  COPY of the foregoing mailed this 23rd day of July, 2014, to:

3  Pernell W. McGuire
4  320 N. Leroux, Suite A
   Flagstaff, AZ 86001
5  Attorney for Debtors

6

7

8

9  U.S. Trustee - Phoenix
   Office of the U.S. Trustee
10 230 North First Avenue
11 Suite 204
   Phoenix, AZ. 85003
12 Trustee

13

14
   _____
15

**DAVID W. ROZEMA**
COCONINO COUNTY ATTORNEY
110 E. CHERRY AVENUE
FLAGSTAFF, ARIZONA 86001-4627
(928) 679-8200

4