DAVID W. ROZEMA
COCONINO COUNTY ATTORNEY

William P. Ring
Deputy County Attorney
Bar #012860
wring@coconino.az.gov
110 E. Cherry Avenue
Flagstaff, Arizona 86001 4627
Phone: (928) 679-8200
FAX: (928) 679-8201
Attorney for the State

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>_____<br><br>**COCONINO COUNTY**, a political Subdivision of the State of Arizona, **COCONINO COUNTY PUBLIC HEALTH SERVICES DISTRICT** A political subdivision of the State of Arizona;<br><br>    Plaintiff/Counterdefendant<br><br>vs.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>    Defendants, Counterclaimants<br>_____ | ADV. PROC. 3:13-AP-00951-SSC<br><br>Case No. 3:13-bk-08354-SSC<br><br>Chapter 11<br><br><br>**COUNTER-DEFENDANTS COCONINO COUNTY and COCONINO COUNTY PUBLIC HEALTH SERVICES DISTRICTS' ANSWER TO AMENDED COUNTERCLAIM** |

Counter-defendant Coconino County, for its Answer to Counter-claimant Calkins' Counterclaim filed August 15, 2014, admits, denies and alleges as follows:

1. Paragraph 10 of Counterclaim 1 requires neither an admission nor a denial of the

1

assertions made therein; but to the extent that the assertions therein also infer that an answer is due, Counterclaimants deny the same in their entirety.

2. Admit the allegations in Counterclaim Paragraph 11.

3. Deny the allegations in Counterclaim Paragraph 12 in their entirety.

4. Admit that the state administrative judgments dated July 22, 2013 [Plaintiffs Exhibit C to Second Amended Complaint; and Defendant's Exhibit A to amended Counterclaim] were recorded at the Coconino County, Arizona, Recorder's Office by Plaintiffs without prior authorization of the United States Bankruptcy Court for the District of Arizona. Plaintiffs deny the remainder of the allegations in Paragraph 13 of the amended Counterclaim in their entirety.

5. Deny the allegations in Paragraph 14 of the amended Counterclaim in their entirety.

6. Deny each and every allegation not specifically admitted herein.

### Affirmative Defenses to Counterclaim

7. As and for their first affirmative defense, the Plaintiffs allege that the Debtors have incurred a non-dischargeable pre-petition Judgment against the estate of the Debtors. 11 U.S.C. §523(a)(7).

8. As and for their second affirmative defense, the Plaintiffs allege that state law, specifically Ariz.Rev.Stat. §33-414, and state constitutional due process and equal protection, and the Tenth Amendment to the United States Constitution and the provisions of 11 U.S.C. §362(b)(4), empower the Plaintiffs to record state judgments in the official records of the County Recorder with due regard for, but unaffected by, the federal stay provisions of 11 U.S.C. §362(a).

9. As and for their last Affirmative Defense, Coconino County reserves the right to

2

amend this Reply to assert any other matters constituting affirmative defenses including, without limitation, those matters set forth in Rule 8(c) of the Federal Rules of Civil Procedure if, during the course of discovery, such other matters are shown to be applicable.

WHEREFORE, having fully answered the Counterclaim, Coconino County prays:

A. For judgment in its favor on each and every claim in the Counterclaim and that Defendant/Debtors Calkins take nothing.

B. For such other relief as is just and proper.

DATED this 25th day of August, 2014.

DAVID W. ROZEMA
Coconino County Attorney

/s:/ William P. Ring
_____
Deputy County Attorney
Coconino County Attorney's Office
For the Plaintiff/Counterdefendant
Coconino County

Copy of the foregoing mailed
this 25th day of August, 2014, to:

Mr. Pernell McGuire
320 N. Leroux Street, Suite A
Flagstaff, Arizona 86001

By: /s/ Meredith Rankin

3