**Davis Miles McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtors. | ADV. PROC. 3:13-ap-00951-DPC<br><br>Case No. 3:13-bk-08354-DPC<br><br>**Chapter 11** |
| COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>Defendants. | **STIPULATION TO STAY ADVERSARY PROCEEDING PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** |

Debtors, by and through counsel undersigned, and Plaintiff Coconino County, by and through its counsel undersigned, hereby request that the Court stay the above-referenced

adversary proceeding until further notice from the parties while the parties engage in settlement negotiations. At the prior hearing, on June 9, 2014, the parties informed the Court that settlement discussions had deteriorated and agreed to a briefing schedule for dispositive motions and a final hearing date of October 3, 2014. Since the June hearing, the parties have, again, engaged in settlement negotiations. At this time, the parties believe that settlement may be possible and respectfully request that the Court vacate any current deadlines or hearings set in this matter and stay this proceeding. Counsel will notify the Court within sixty (60) days of the date of an Order approving this Stipulation if there is a settlement and request Court approval of the settlement or, alternatively, if settlement is not possible and a new final hearing date is necessary.

WHEREFORE, the parties respectfully request that the Court vacate any current deadlines or hearing dates set in this matter and stay this action pending further notice from the parties as to the status of a settlement agreement.

SO STIPULATED this 15th day of September 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ Aubrey L. Thomas
Pernell W. McGuire
Aubrey L. Thomas

SO STIPULATED this 15th day of September 2014.

          **DAVID W. ROZEMA**
          **COCONINO COUNTY ATTORNEY**

By: /s/ William P. Ring
     William P. Ring
     Deputy County Attorney

A copy of the foregoing was mailed this 15 day of September 2014, to:

William Ring
Coconino County Attorneys Office
110 E. Cherry Ave.
Flagstaff, AZ 86001-4627

By: /s/ Joan Stoner
    Joan Stoner