SO ORDERED.

Dated: September 15, 2014

Daniel P. Collins, Chief Bankruptcy Judge

**Davis Miles McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

## IN UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtors. | ADV. PROC. 3:13-ap-00951-DPC<br><br>Case No. 3:13-bk-08354-DPC<br><br>Chapter 11 |
|---|---|
| COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO STAY ADVERSARY PROCEEDING PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** |

Upon Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** staying the above-referenced adversary proceeding. Any pleading or motion deadlines in this matter are stayed, and all currently set hearing dates are vacated, including the final hearing set for October 3, 2014.

**IT IS HEREBY FURTHER ORDERED** that the parties shall notify the Court within sixty (60) days of the date of this Order as to the status of settlement negotiations and whether or not they are ready to proceed with litigation of this adversary proceeding.

**DATED AND SIGNED ABOVE**

**Agreed as to form and content:**

/s/ William P. Ring
William P. Ring
Deputy County Attorney