**Davis Miles**
**McGuire Gardner**

320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtors. | **ADV. PROC. 3:13-ap-00951-DPC**<br><br>**Case No. 3:13-bk-08354-DPC**<br><br>**Chapter 11** |
| COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>    Plaintiff,<br><br>    v.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>    Defendants. | **STIPULATION TO CONTINUE THE STAY OF THE ADVERSARY PROCEEDING PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** |

Debtors, by and through counsel undersigned, and Plaintiff Coconino County, by and through its counsel undersigned, hereby request that the Court continue the stay of the above-

referenced adversary proceeding for another sixty (60) days while the parties continue settlement negotiations. The parties have made some progress towards settlement but need additional time to see if a final agreement is possible. If settlement is not possible within this additional sixty-day stay, the parties will set this matter for a status hearing so that litigation can move forward.

WHEREFORE, the parties respectfully request that the Court continue to stay this action for another sixty (60) days.

SO STIPULATED this 14th day of November 2014.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ Aubrey L. Thomas
Pernell W. McGuire
Aubrey L. Thomas

SO STIPULATED this 14th day of November 2014.

**DAVID W. ROZEMA**
**COCONINO COUNTY ATTORNEY**

By: /s/ William P. Ring
William P. Ring
Deputy County Attorney

A copy of the foregoing was mailed
This 14th day of November 2014, to:

William Ring
Coconino County Attorneys Office
110 E. Cherry Ave.
Flagstaff, AZ 86001-4627

By: /s/ Joan Stoner
     Joan Stoner