**Davis Miles McGuire Gardner**

320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# IN UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtors. | ADV. PROC. 3:13-ap-00951-DPC<br><br>Case No. 3:13-bk-08354-DPC<br><br>**Chapter 11** |
| COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE STAY OF ADVERSARY PROCEEDING PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** |

Upon Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** continuing the stay of the above-referenced adversary proceeding until January 13, 2014, to allow the parties time to continue to engage in settlement negotiations.

**DATED AND SIGNED ABOVE**

**Agreed as to form and content:**

/s/ William P. Ring_____
William P. Ring
Deputy County Attorney

2

O:\Order approving stip to continue stay adv proc.doc
Case 3:13-ap-00951-DPC   Doc 57   Filed 11/16/14   Entered 11/17/14 07:15:39   Desc
Main Document    Page 2 of 2