**Davis Miles McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# IN UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re:<br><br>ERLING S. CALKINS and ELAINE S. CALKINS,<br><br>Debtors. | ADV. PROC. 3:13-ap-00951-DPC<br><br>Case No. 3:13-bk-08354-DPC<br><br>**Chapter 11** |
|---|---|
| COCONINO COUNTY, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife,<br><br>Defendants. | **STIPULATION TO CONTINUE THE STAY OF THE ADVERSARY PROCEEDING TO ALLOW THE PARTIES TO FINALIZE THEIR SETTLEMENT AGREEMENT** |

Debtors, by and through counsel undersigned, and Plaintiff Coconino County, by and through its counsel undersigned, hereby request that the Court continue the stay of the above-

O:\PWM\CLIENTS\Calkins, Erling & Elaine\ADV PROC vs County\Stipulation to continue stay of adversary proceeding for additional 30 days.doc

Case 3:13-ap-00951-DPC   Doc 58   Filed 01/13/15   Entered 01/13/15 14:41:59   Desc
Main Document   Page 1 of 3

1

referenced adversary proceeding for another thirty (30) days while the parties finalize their settlement agreement. Specifically, the parties are in the process of completing a written settlement agreement that should resolve all issues raised in this adversary proceeding. Once finalized, Debtors will file a motion to approve the settlement agreement in their bankruptcy case and, upon approval of the agreement, file a stipulation with the Plaintiff to dismiss this adversary proceeding. If for some reason the parties are unable to finalize their settlement agreement within the next thirty days, they will give prompt notice to the Court and file a joint scheduling plan to move this matter towards trial.

WHEREFORE, the parties respectfully request that the Court continue to stay this action for another thirty (30) days.

SO STIPULATED this 13th day of January 2015.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: /s/ Aubrey L. Thomas
Pernell W. McGuire
Aubrey L. Thomas

SO STIPULATED this 13th day of January 2015.

**DAVID W. ROZEMA**
**COCONINO COUNTY ATTORNEY**

By: /s/ William Ring
William P. Ring
Deputy County Attorney

O:\PWM\CLIENTS\Calkins, Erling & Elaine\ADV PROC vs County\Stipulation to continue stay of adversary proceeding for additional 30 days.doc

2

Case 3:13-ap-00951-DPC    Doc 58    Filed 01/13/15    Entered 01/13/15 14:41:59    Desc
Main Document    Page 2 of 3

A copy of the foregoing was mailed
this _13_ day of January 2015, to:

William Ring
Coconino County Attorneys Office
110 E. Cherry Ave.
Flagstaff, AZ 86001-4627

By: /s/ Joan Stoner
    Joan Stoner

3

O:\PWM\CLIENTS\Calkins, Erling & Elaine\ADV PROC vs County\Stipulation to continue stay of adversary proceeding for additional 30 days.doc

Case 3:13-ap-00951-DPC    Doc 58    Filed 01/13/15    Entered 01/13/15 14:41:59    Desc
Main Document    Page 3 of 3