**Davis Miles**
**McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

## IN UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | ADV. PROC. 3:13-ap-00951-DPC |
|---|---|
| ERLING S. CALKINS and ELAINE S. CALKINS, | Case No. 3:13-bk-08354-DPC |
| | **Chapter 11** |
| Debtors. | |
| COCONINO COUNTY, a political subdivision of the State of Arizona, | **ORDER APPROVING STIPULATION TO CONTINUE THE STAY OF THE ADVERSARY PROCEEDING WHILE STATE COURT APPEAL IS PENDING** |
| Plaintiff, | |
| v. | |
| ERLING S. CALKINS and ELAINE S. CALKINS, husband and wife, | |
| Defendants. | |

Upon Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** continuing the stay of the above-referenced adversary proceeding until further notice from the parties to allow the state court appeal to be resolved first.

**IT IS HEREBY FURTHER ORDERED** setting a status conference in this matter for JUNE 12, 2015, at 11:00 A.m., at the U.S. Bankruptcy Court, U.S. Magistrate Courtroom, 123 N. San Francisco St., Flagstaff, AZ.

**DATED AND SIGNED ABOVE**

**Agreed as to form and content:**

/s/ William P. Ring-----
William P. Ring
Deputy County Attorney