# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ERLING S. & ELAINE S. CALKINS
**Case Number:** 3:13-bk-08354-DPC  **Chapter:** 11
**Date / Time / Room:** FRIDAY, AUGUST 28, 2015 11:00 AM  FLAGSTAFF
**Bankruptcy Judge:** DANIEL P. COLLINS
**Courtroom Clerk:** RHONDA VAUGHAN
**Reporter / ECR:** ANDAMO PURVIS

## Matter:

ADV: 3-13-00951

Coconino County vs ERLING S. CALKINS
CONTINUED STATUS HEARING
R / M #:  1 / 0

## Appearances:

ALLAN NEWDELMAN, PROPOSED COUNSEL FOR DEBTORS
ERLING CALKINS, DEBTOR
WILLIAM RING, ATTORNEY FOR COCONINO COUNTY

## Proceedings:

Mr. Newdelman advises he has not been appointed as counsel for Debtors and is awaiting for payment of the retainer. He explains the title company will not close without Mr. Ring and Mr. Calkins signing the Order. Mr. Newdelman is hopeful to submit an amended order to the Court on Monday, August 31, 2015.

Mr. Ring advises the parties when rep by counsel sought to settle the matter through the sale of the subject property. He has agreed to stay the adversary proceeding to allow the Debtors to pursue the appeal. Mr. Ring notes in terms of priority it is necessary to address the State Court matter before addressing the Bankruptcy Court issues.

COURT: IT IS ORDERED DIRECTING THE CLERK TO KEEP THIS ADVERSARY PROCEEDING ON THE INACTIVE CALENDAR UNTIL SUCH TIME AS EITHER PARTY REQUESTS A STATUS HEARING.

Page 1 of 1

Case 3:13-ap-00951-DPC    Doc 69    Filed 08/28/15    Entered 09/01/15 13:13:09    Desc
Main Document    Page 1 of 1    09/01/2015  1:13:01PM